October 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

FLEMING & ASSOCIATES, L.L.P N/K/A FLEMING, NOLEN & JEZ, L.L.P.,
Appellant

NO. 14-15-00369-CV                 V.

CHARLES KIRKLIN, STEPHEN KIRKLIN, PAUL KIRKLIN, AND THE
KIRKLIN LAW FIRM, P.C., Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on April 6, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Fleming & Associates, L.L.P n/k/a Fleming, Nolen & Jez, L.L.P..

We further order this decision certified below for observance.